BEFORE THE FIRST DIVISION, AUGUST 6, 1951

No. 55800.—West Coast Grocery Company v. United States, petition 6495–R (Juneau, Alaska).

Opinion by FIRST DIVISION. The motion having been granted, the petition was dismissed.

BEFORE THE SECOND DIVISION, AUGUST 6, 1951

No. 55801.—Louis Barnett Hat Co., Inc., and Portis Bros. Hat Co. v. United States, protests 772231–G/83708 and 796869–G/83480 (Chicago).

Opinion by FORD, J. The protests were dismissed.

No. 55802.—Canadian Hooked Rug Importers Co. v. United States, protests 128087–K and 130055–K (Boston).

Opinion by FORD, J. The protests were dismissed.

No. 55803.—Sidney Bertner Co. et al. v. United States, protests 166540–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

No. 55804.—Gimbel Bros., Inc., et al. v. United States, protests 171196–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, AUGUST 6, 1951

No. 55805.—Roovers Bros., Inc., and Hertz Leather Co., Inc. v. United States, protests 62283–K (S) and 127767–K (S) (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55806.—Dodge & Olcott, Inc., et al. v. United States, protests 146049–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.